UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>    Plaintiff,  )  Case No. CR06-123-JCC-JPD<br>            )<br>    v.       )<br>            )<br>BELINDA ELAINE STUCKEY, a/k/a  )  DETENTION ORDER<br>BELINDA ELAINE WILLIAMS,   )<br>            )<br>    Defendant.  )<br>_____ ) | |

<u>Offenses charged</u>:

    Counts 1 through 4:  Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2.

    Counts 5 through 7:  Aggravated Identify Theft in violation of 18 U.S.C. § 1028A.

<u>Date of Detention Hearing</u>:   June 2, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has a lengthy criminal background history.

    (2)    Defendant has numerous failures to appear.

    (3)    Defendant's history reveals that because of violations of the conditions of a previous supervised release, probation was revoked.

    (4)    Defendant has a pending charge of Escape in King County Superior Court.

(5) Defendant is associated with seven alias names and two social security numbers.

(6) Defendant's history includes four prior felony convictions for Forgery/Bank Fraud, including one prior conviction from this Court.

(7) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and economic danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of June, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge